JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., Second Floor
Torrance, California  90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for the Appellant/Debtor Tsai-Luan Ho
(aka Tsai Ho aka Shelby Ho)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TSAI LUAN HO aka SHELBY HO,<br><br>Debtor.<br>――――――――――――――――<br>TSAI LUAN HO aka SHELBY HO,<br><br>Appellant,<br><br>v.<br><br>ANDREA A. WIRUM, CHAPTER 7 TRUSTEE,<br><br>Appellee. | Adv. Proc. Case No.  18-03051<br>(Bankr. Case No. 18-30581)<br><br>Case No. 3:19-cv-02095-RS<br><br>(Chapter 7)<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR APPELLANT TO FILE DESIGNATION OF RECORD ON APPEAL;  ORDER**<br><br>[Civil L.R. 6-1(b); Bankr. Rule 8009(a)] |

//
//
//
//

-1-
JOINT STIPULATION TO EXTEND DEADLINE FOR APPELLANT TO FILE DESIGNATION OF RECORD ON APPEAL

**TO THE HONORABLE RICHARD SEEBORG, UNITED STATES DISTRICT COURT JUDGE:**

Debtor/Appellant, Tsai Luan Ho aka Shelby Ho ("Debtor") and the Chapter 7 Trustee/Appellee, Andrea A. Wirum ("Trustee"), by and through their respective counsels, enter into this Joint Stipulation to Continue the Deadline by which the Debtor must file her Designation of the record on appeal and statement of issues pursuant to Bankruptcy Rule 8009(a) ("Stipulation") as follows:

## **RECITALS**

1. On or about April 6, 2019, the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") entered an Order granting partial Summary Judgment in favor of the Trustee in the matter, *Andrea A. Wirum, Chapter 7 Trustee v. Ho,* United States Bankruptcy Court for the Northern District of California, Adversary Proceeding Case No. 18-03051 (the "Adversary Proceeding") [Adv. Proc. Docket No. 23].

2. On or about April 9, 2019, the Bankruptcy Court entered Judgment denying the Debtor a discharge. [Adv. Proc. Docket No. 25].

3. On or about April 16, 2019, the Debtor filed the Notice of Appeal and Statement of Election with the Bankruptcy Court ("Notice of Appeal"). [Adv. Proc. Docket No. 26] In the filed Notice of Appeal, the Debtor elected the appeal to be heard before the United States District Court for the Northern District.

4. Pursuant to Bankruptcy Rule 8009(a), the Appellant must file and serve a Designation of the record on appeal and the statement of issues ("Designation of Record") within fourteen (14) days of the filing of the Notice of Appeal.

5. Pursuant to Bankruptcy Rule 8009(a), the Debtor is to file her Designation of Record on or before April 30, 2019.

6. Debtor's lead counsel, James Hinds, is out of the office (and the country) on vacation. As a result, he is unavailable from April 19, 2019 through May 3, 2019.

7. Due to Mr. Hinds's unavailability, the parties have agreed to extend the deadline by which the Debtor must file her Designation of the Record to May 13, 2019.

8. On or about April 24, 2019, an Acknowledgment of Receipt by the District Court ("Acknowledgment") was filed [Adv. Docket No. 29][Appeal Docket No. 2].

9. Pursuant to Civil Local Rule 6-1(a), this Stipulation will not interfere with the briefing schedule outlined in the Acknowledgment. However, out of an abundance of caution, the parties are seeking an Order approving same by the Court.

10. Based upon the foregoing, the parties respectfully request that the deadline by which Debtor must file the Designation of Record be extended to May 13, 2019.

**STIPULATION**

Based on the foregoing, the parties, by and through their respective counsel, hereby stipulate and agree to further extend the time by which the Debtor/Appellate must file the Designation of Record on or before May 13, 2019.

HINDS & SHANKMAN, LLP

Dated: April 24, 2019        By:   /s/ Rachel M. Sposato
                                   RACHEL M. SPOSATO,
                                   Attorney for Debtor/Appellant


RINCON LAW, LLP

Dated: April 24, 2019        By:   /s/ Charles P. Maher
                                   CHARLES P. MAHER
                                   Attorney for Trustee/Appellee

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 4/24/19
                                   _____
                                   THE HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I, Mayra Duran declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the action; and my business address is 21257 Hawthorne Blvd., Second Floor, Torrance, California 90503.

On <u>April 24, 2019,</u> I served the attached **JOINT STIPULATION TO EXTEND DEADLINE FOR APPELLANT TO FILE DESIGNATION OF RECORD ON APPEAL; [PROPOSE] ORDER** on the interested parties as follows and by the following means of service:

***SEE ATTACHED SERVICE LIST***

X    <u>Electronic Transmission:</u> I electronically transmitted an accurate copy to the notification electronic mail address(es) of record below using my email address of mduran@jhindslaw.com, and I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. A copy of the sent email will be maintained with the original document(s) in our office.

X    <u>By Placing</u> the ___ original <u>X</u> an accurate copy in sealed envelope(s) to the notification address(es) of record and sending by:

   ___    <u>U.S. Mail:</u> I arranged for the envelope(s) to be delivered by first-class mail. I am readily familiar with the firm's practice of collection and processing of First Class Mail. It is deposited with the Postal Service on the same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business and deposited in a mailbox or other like facility regularly maintained by the United States Postal Service.

   X    <u>Overnight Delivery</u>: I arranged for the envelope(s) to be delivered by overnight delivery by close of business of the next business day. I am readily familiar with the firm's practice of collection and processing parcels for overnight carrier. They are deposited with the overnight carrier or at a location authorized to receive parcels on behalf of the overnight carrier on the same day, fully prepaid at Torrance, California in the ordinary course of business.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the above is true and correct.

Executed on this 24th day of April 2019, at Torrance, California.

          /s/ Mayra Duran
          MAYRA DURAN

<u>*Tsai Luan Ho aka Shelby Ho v. Andrea A. Wirum, Chapter 7 Trustee*</u>
<u>*Case No. 3:19-cv-02095-RS*</u>

**BY ELECTRONIC MAIL**:

| | |
|---|---|
| Charles P. Maher | Attorney for Andrea A. Wirum, Chapter 7 Trustee |
| Rincon Law LLP | |
| 200 California Street, Suite 400 | |
| San Francisco, CA 94111 | |
| cmaher@rinconlawllp.com | |

**BY OVERNIGHT MAIL:**

Clerk to the Honorable Richard Seeborg
District Court Judge
United States District Court, Northern District
San Francisco Courthouse,
450 Golden Gate Avenue, Courtroom 3 - 17th Floor
San Francisco, CA 94102

CERTIFICATE OF SERVICE