UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO,<br><br>        Plaintiff,<br><br>    v.<br><br>WIRUM,<br><br>        Defendant. | Case No. 19-cv-02095-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the initial scheduling order for this bankruptcy appeal (Dkt. 2), Appellant's principal brief was due thirty days after docketing of notice that the record below had been transmitted or been made available electronically on this Court's docket. The bankruptcy record appeared on the docket for this case on July 18, 2019, yet Appellant Ho has yet to file a principal brief for this appeal. If Ms. Ho does not file a principal brief or file a declaration showing good cause why this appeal should not be dismissed for failure to prosecute within 10 days of this order, this Court may dismiss the appeal without further notice.

**IT IS SO ORDERED**.

Dated: September 9, 2019

RICHARD SEEBORG
United States District Judge